UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIJAYARAGHAVAN VENKATRAGHAVAN, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>        Defendant. | Case No.  25-cv-10435-NC<br><br>**SCHEDULING ORDER FOR IMMIGRATION MANDAMUS CASE** |

      This action seeks a writ of mandamus regarding immigration benefits filed pursuant to the mandamus statute, 28 U.S.C. § 1361, and/or the Administrative Procedure Act, 5 U.S.C. §§ 701 *et seq*, and is assigned to the Honorable Nathanael M. Cousins.

      **Magistrate Judge Jurisdiction.** This case has been randomly assigned to a magistrate judge, who, with written consent of all parties, may conduct all proceedings in a case, including all pretrial and trial proceedings, entry of judgment and post-trial motions, with appeal directly to the United States Court of Appeals for the Ninth Circuit. See "Consenting to the Jurisdiction of a Magistrate Judge" on the Court's webpage at www.cand.uscourts.gov for more information.

      Petitioner must complete and file the attached form "Consent or Declination to Magistrate Judge Jurisdiction" within 14 days of case initiation, and all other parties must file within 14 days of appearing in the case, or as otherwise ordered by the Clerk or magistrate judge.

      **Important briefing deadlines.** Unless the court orders otherwise, counsel must comply with the briefing schedule below. Please note:

- Any party may request that the court set a case management conference, pursuant to Civil L.R. 16-10, according to the schedule in Civil L.R. 16-2. Federal Rule of Civil Procedure 26 and Civil L.R. 16-9 and 16-10 shall apply.

- Motions shall be noticed in accordance with Civil L.R. 7-2.

- A party may request that the court decide the matter on the briefs and without oral argument pursuant to Civil L.R. 7-1(b).

| Case Management Event | Deadline |
|---|---|
| Last day for Defendant to file answer | 60 days after service of complaint |
| Last day for Defendant to file motion for summary judgment (required unless Petitioner has already filed such a motion) | 120 days of service of the complaint |
| Last day for Petitioner to file and serve opposition and/or counter-motion | 30 days after service of Defendant's motion |
| Last day for Defendant to serve and file a reply and/or opposition | 14 days of service of Plaintiff's opposition or counter-motion |
| Last day for Plaintiff to serve and file a reply (if Plaintiff filed a counter-motion) | 14 days of service of Defendant's opposition. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIJAYARAGHAVAN VENKATRAGHAVAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>    Defendant. | Case No. 25-cv-10435-NC<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☐ **CONSENT to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **DECLINE Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: _____     NAME: _____

                                                              _____
                                                                           *Signature or "/s/"*

COUNSEL FOR
(OR "PRO SE"): _____