CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

VIJAYARAGHAVAN
VENKATRAGHAVAN, *et al.*,

                              Plaintiffs,

        v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,

                              Defendant.

Case No. 5:25-cv-10435 NC

**STIPULATION TO STAY PROCEEDINGS;
ORDER**

The parties conferred and respectfully request the Court to stay proceedings in this case for a limited time, until May 14, 2026. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

Plaintiffs filed this action seeking adjudication of their Form I-526E, Petition for Alien Entrepreneur, and Form I-485, Application for Adjustment of Status.  United States Citizenship and Immigration Services ("USCIS") has adjudicated the Form I-526 petition for Plaintiff Venkatraghavan, Plaintiff Anand and Plaintiff Shingote. USCIS issued a Request for Evidence ("RFE") on Plaintiff He's Form I-526 petition and the response to the RFE is due by April 23, 2026.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until May 14, 2026, at which time the parties will file a joint status report. At that time, the parties may

Stipulation to Stay
C 5:25-cv-10435 NC                               1

request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: February 17, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendant

Dated: February 17, 2026

*/s/ Kristina David*
KRISTINA DAVID
David Strashnoy Law, PC
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   February 17, 2026

NATHANAEL
United States District Judge

GRANTED

Judge Nathanael M. Cousins

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Stay
C 5:25-cv-10435 NC                    2